UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**FILED**
MAR 02 2015
CLERK U.S. BANKRUPTCY,
ORLANDO DIVISION

In re:                                            CASE NO.: 6:12-bk-09994-ABB

    CARLOS LUIS RODRIGUEZ,                CHAPTER 13

    Debtor(s).
_____/

## AMENDED MOTION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the undersigned, to move the Court to enter an order directing payment of unclaimed funds now on deposit in the Registry of the United States Bankruptcy Court. Claimant is a ____ **creditor** __X__ **debtor** in the above captioned bankruptcy case and on whose behalf funds were deposited. I have a right to claim said funds due to the following: _distribution entitled to debtor. (Doc. No. 33)

---

Name of Claimant: <u>CARLOS LUIS RODRIGUEZ</u>

Mailing Address: <u>PO BOX 220</u>

City: Intercession City    State: <u>FL</u>    Zip Code: <u>33848</u>

Telephone Number: Home: <u>407-414-5866</u>    Work: _____

Last Four Digits of SS# or Tax ID Number: **<u>9935</u>

Amount of Claim: $ <u>13,236.56</u>

---

Claimant certifies under penalty of perjury that all statements made by Claimant on this motion and any attachments required for this Motion is, to the best of Claimant's knowledge, true and correct. Accordingly, Claimant requests the Court to enter an Order authorizing payment of the dividend due upon this claim.

I certify that I have mailed a copy of this Motion to the U.S. Attorney, Attn: Civil Procedures Clerk, 400 N. Tampa St., Ste. 3200, Tampa, FL 33602.

_____            3-2-2015
CLAIMANT'S SIGNATURE                           DATE

**STATE OF FLORIDA**
**COUNTY OF OSCEOLA**

Sworn to and subscribed before me this 2ⁿᵈ day of March, **2015**, by **CARLOS RODRIGUEZ,** who is personally known to me ( ) or who produced the following as identification: FLDL_____.

_____
**NOTARY PUBLIC**, State of
**MY COMMISSION EXPIRES:**

**YUSMILY HERNANDEZ**
MY COMMISSION #FF085812
EXPIRES January 23, 2018
(407) 398-0153    FloridaNotaryService.com

